CHARLES F. ZWEIFEL & COMPANY, INC., Respondent, v. THE GOOD SAMARITAN HOSPITAL OF SUFFERN, NEW YORK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

CHARLES PRICE and Others, Respondents, v. UNITED ASSOCIATION OF JOURNEYMEN PLUMBERS AND STEAMFITTERS, etc., and Others, Defendants, Impleaded with GEORGE MASTERTON, Individually and as President of the United Association of Journeymen Plumbers and Steamfitters, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

DURO BILT LUGGAGE & GIFT SHOP, INC., Appellant, v. BERT KIRKMAN, as President of the International Brotherhood of Electrical Workers Local # 3, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of ELLSWORTH MOATS and Others, Petitioners, Appellants, for an Order against PAUL J. KERN, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York, and Others, Respondents, DAVID SCHUMAN, Intervenor-Petitioner, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of J. WALTER SHERMAN and Sixty-five Others, Individually, and on Behalf of All Others Similarly Situated on the Eligible List for Social Investigator for the Department of Public Welfare of the City of New York, Petitioners, Respondents, against WILLIAM HODSON, Commissioner, Department of Public Welfare, and Others, Defendants, Respondents, CHARLES S. MAYS, Individually and on Behalf of All Others Whose Names are Set Forth on Schedule A Attached to the Cross-Petition, Intervenors-Petitioners, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

AUTOMATIC RADIO MANUFACTURING CO., INC., Appellant, v. OSCAR DANE and ELI DANE, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

FLORENCE D. CAMMACK, Individually and on Behalf of All Other Stockholders of REMINGTON RAND, INC., Similarly Situate, Appellant, v. JAMES G. BLAINE and Others, Defendants, Impleaded with CHARLES P. FRANCHOT and REMINGTON RAND, INC., Respondents.— Order unanimously modified by inserting in the last paragraph thereof, after " are not discontinued," the words " or otherwise finally disposed of," and by adding at the end of the paragraph the following: " without prejudice to an application by plaintiff for leave to intervene in the Leech or Mintzer action," and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

TIDE WATER ASSOCIATED OIL COMPANY, Respondent, v. JOSEPH F. COLBERT and Another, Defendants, Impleaded with PHILLIPS & VAN BRUNT CO., INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and dis-